RECEIVED
JAN 06 2025
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raymond E. Dolly pro-se
349-24-03946
Write the full name of each plaintiff.

No. ______________
(To be filled out by Clerk's Office)

-against-

captain pamela A. Jeronimo
And officer Frazier NYPD 9th precinct
official capacity why acting under
color of LAW

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes ☒ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: ______

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Raymond E Sally

First Name Middle Initial Last Name

______

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

21A2685 DIN / NYSID 14730438K

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Rikers RESH

Current Place of Detention

19-19 HAZEN Street EAST Elmhurst

Institutional Address

Bronx NY 11370

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: ______

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
Frazier
First Name Last Name Shield #
NYPD
Current Job Title (or other identifying information)
321 East 5 Street 9th precinct
Current Work Address
NEW York NY 10003
County, City State Zip Code

Defendant 2:
Pamela A Jeronimo captain
First Name Last Name Shield #
captain
Current Job Title (or other identifying information)
321 East 5 Street 9th precinct
Current Work Address
NEW York NY 10003
County, City State Zip Code

Defendant 3:
First Name Last Name Shield #
Current Job Title (or other identifying information)
Current Work Address
County, City State Zip Code

Defendant 4:
First Name Last Name Shield #
Current Job Title (or other identifying information)
Current Work Address
County, City State Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: grand Street Lower Eastside

Date(s) of occurrence:

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Captain pamela A. Jeronimo let his OFFICER Frazier that work FOR NYPD ASSault me and let Sgt Put charge on me after OFFICER Frazier punched, Kicked AND Slapped me over several times AND I was SENT to Bellevue Hosptial AND ISSue Desk Appreance ticket AND Let GO AND ISSue A Dated to Appreance to go to court the 9th precinct!

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

punched, Kicked AND Slapped punched in FACE, Kicked in chest, Slapped in my Face over Several times THAN SENT to Bellevue Hosptial THAN SEEN AND Released

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

$25,000 Dollars will settle w/ $15,000 to $10,000 that's the less

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

12/ /2024
Dated

Raymond E Sally
Plaintiff's Signature

Raymond
First Name

E
Middle Initial

Sally
Last Name

19-19 Hazen Street EAST Elmhurst
Prison Address

Bronx
County, City

NY NY
State

11370
Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: ____________



Raymond & Sally pro-se
3156EZN #349-24-03946
#21A2685
RESH unit
19-19-Hazen street
EAST Elmhurst
NEW York NY 11370
MID-ISLAND NY 117
30 DEC 2024 PM 5 L
HANUKKAH FOREVER
United State District court
500 pearl Street
New York NY 10007
RECEIVED
JAN 0 6 2025
PRO SE OFFICE
RECEIVED
CLERK'S OFFICE
S.D.N.Y.
pro se