```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAYMOND E. SALLY,

                Plaintiff,

-against-

CAPTAIN PAMELA A. JERONIMO; OFFICER FRAZIER,

                Defendants.

25-CV-294 (JHR)

ORDER OF SERVICE

---

JENNIFER H. REARDEN, United States District Judge:

    Plaintiff, who is in pretrial detention in the George R. Vierno Center on Rikers Island, brings this action *pro se* under 42 U.S.C. § 1983. He alleges that on Grand Street in lower Manhattan on an unspecified date, 9th Precinct Captain Pamela A. Jeronimo "let" Police Officer Frazier assault him. ECF 1 ¶ V. Plaintiff was taken to Bellevue Hospital and issued a Desk Appearance Ticket. *Id.* By order dated January 17, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. ECF No. 5.[1]

## DISCUSSION

    Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses are issued.

process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants New York City Police Captain Pamela A. Jeronimo and Police Officer Frazier through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, then Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request such an extension).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue summonses for Defendants New York City Police Captain Pamela A. Jeronimo and Police Officer Frazier, complete the USM-285 form with the address for each Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

Plaintiff may receive court documents by email by completing the attached form, [Consent to Electronic Service](). If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

3

Dated: February 11, 2025
      New York, New York

                                                      JENNIFER H. REARDEN
                                                      United States District Judge

## SERVICE ADDRESS FOR EACH DEFENDANT

1. New York City Police Captain Pamela A. Jeronimo
   9th Precinct
   321 E 5th Street
   New York, N.Y. 10003

2. New York City Police Officer Frazier
   9th Precinct
   321 E 5th St, New York, NY 10003