

**THE CITY OF NEW YORK**
# LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**INNA SHAPOVALOVA**
*Senior Counsel*
Phone: (212) 356-2656
Fax: (212) 356-3558
inshapov@law.nyc.gov

August 21, 2025

**VIA ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Defendant's letter motion is GRANTED. The telephone conference currently scheduled for August 27, 2025 at 11:00 a.m. hereby is adjourned to September 2, 2025 at 2:00 p.m. At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2319 449 5090.
>
> SO ORDERED.
> Dated: August 22, 2025     *[signature: Stewart D. Aaron]*

Re:   Raymond E. Sally v. Jeronimo, et al.,
      25 Civ. 0294 (JHR) (SDA)

Your Honor:

I am a Senior Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendant Captain Pamela Jeronimo in the above-referenced matter.[1] The undersigned respectfully writes to request an adjournment of the conference currently scheduled for August 27, 2025 at 11 a.m. to a date convenient for the Court after September 1, 2025. This is the first request of this kind. The undersigned was unable to contact plaintiff *pro se* Raymond E. Sally for his consent prior to the filing of this letter due to his current incarceration status.

As the Court is aware, on August 12, 2025, Your Honor scheduled a telephone conference to be held in this matter on August 27, 2025 at 11 a.m. to discuss the status of this action. In accordance with the Court's August 12, 2025 Order, Mr. Klobus contacted GRVC to arrange the call and determine the telephone number at which plaintiff will be reachable for the August 27, 2025 conference. However, Mr. Klobus has been informed that because both GRVC

---

[1] This case has been assigned to Assistant Corporation Counsel Jonathan Klobus, who is awaiting admission to the New York Bar. Mr. Klobus is handling this matter under my supervision and may be reached at (212) 356-2660 or jklobus@law.nyc.gov.

- 2 -

program supervisors would be out on August 27, 2025, there will not be a coordinator available to oversee the call with plaintiff.

       For the foregoing reasons, the undersigned respectfully requests that the Court adjourn the conference currently scheduled for August 27, 2025 at 11 a.m. to a date convenient for the Court after September 1, 2025.[2]

       Thank you for your consideration herein.

                                                   Respectfully submitted,

                                                   /s/ *Inna Shapovalova*
                                                   Inna Shapovalova
                                                   *Senior Counsel*
                                                   Special Federal Litigation Division

cc:     **VIA FIRST CLASS MAIL**
          Raymond E. Sally
          *Plaintiff Pro Se*
          NYSID: 14730438K
          B&C: 3492403946
          George R. Vierno Center
          09-09 Hazen Street
          East Elmhurst, New York 11370

---

[2] The undersigned respectfully notes that I am scheduled to appear at conferences in other matters on September 3, 2025 at 11 a.m. and September 10, 2025 at 12 p.m.