**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Raymond E. Sally,

                        Plaintiff,

     -against-

Jeronimo, et al.,

                       Defendants.

1:25-cv-00294 (JHR) (SDA)

ORDER FOR
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Wednesday, September 10, 2025 at 11:00 a.m. EST.

    It is hereby ORDERED that the official in charge of the George R. Vierno Center or his/her designee produce Plaintiff, on Wednesday, September 10, 2025 at 11:00 a.m. EST, to a suitable location within the George R. Vierno Center that is equipped with a telephone, for the purpose of participating in a conference with the Court and the City's counsel. If the scheduled time and date presents a hardship, the official in charge or his/her designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

    It is further ORDERED that Plaintiff shall come to the conference with the date of the incident set forth in the Complaint.

    The City is directed to: (1) serve upon Plaintiff a copy of this Order; (2) contact the George R. Vierno Center to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (855) 244-8681 and enter access code 2319 449 5090 with Plaintiff on the line.

**SO ORDERED.**

Dated: New York, New York
September 2, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2