**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Raymond E. Sally,** | |
| **Plaintiff,** | **1:25-cv-00294 (JHR) (SDA)** |
| **-against-** | <u>**ORDER**</u> |
| **Jeronimo, et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference today with Plaintiff Raymond E. Sally ("Mr. Sally") and the Office of the Corporation Counsel of the City of New York (the "City"), and for the reasons stated on the record, it is hereby ORDERED that no later than September 17, 2025, the City shall reach out to defense counsel for Mr. Sally in his state criminal proceedings, Raymond L. Loving ("Attorney Loving"), via telephone number (917) 887-9399 and inquire as to whom were the arresting officers involved in the September 2024 incidents that led to Mr. Sally's arrests,[1] and shall file a letter to the ECF docket that includes the names of the officers who arrested Mr. Sally for any of the September 2024 incidents to which he was charged in state court.

**SO ORDERED.**

Dated:      New York, New York
           September 10, 2025

                                 _____
                                   STEWART D. AARON
                                   United States Magistrate Judge

---

[1] In the event that Attorney Loving cannot provide information about the arresting officers involved in the September 2024 incidents, the City shall reach out to the other defense attorneys listed in Mr. Sally's cases on WebCriminal: Evan Maxwell Rock (212) 298-5015 and Gary Kent Koos (908) 461-0020.