UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Raymond E. Sally,<br><br>                    Plaintiff,<br><br>          -against-<br><br>Jeronimo, et al.,<br><br>                    Defendants. | 1:25-cv-00294 (JHR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

On September 18, 2025, the Court entered an Endorsement requiring Plaintiff Raymond E. Sally ("Mr. Sally") to file an Amended Complaint no later than October 9, 2025. (9/18/25 End., ECF No. 25.) Mr. Sally has yet to file an Amended Complaint. Accordingly, it is hereby ORDERED that Mr. Sally shall file an Amended Complaint no later than October 31, 2025. Failure to do so may result in the dismissal of this case for failure to prosecute.

**SO ORDERED.**

Dated:     New York, New York
           October 20, 2025

_____
STEWART D. AARON
United States Magistrate Judge