UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Raymond E. Sally,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>Jeronimo, et al.,<br><br>　　　　　　　　　Defendants. | 1:25-cv-00294 (JHR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on September 10, 2025, a telephone conference was held in which Plaintiff Raymond E. Sally ("Mr. Sally") and the City appeared, and the Court required the City, no later than September 17, 2025, to file a letter to the ECF docket that included the names of the officers who arrested Mr. Sally for any of the September 2024 incidents to which he was charged in state court (9/10/25 Order, ECF No. 23); and

WHEREAS, on September 17, 2025, a Letter was filed by the City which provided the names of the arresting officers involved in the September 2024 incidents that led to Mr. Sally's arrests (Ltr., ECF No. 17); and

WHEREAS, on September 18, 2025, in light of the City providing the names of the arresting officers, the Court entered an Endorsement requiring Mr. Sally to file an amended complaint no later than October 9, 2025 (End., ECF No. 25); and

WHEREAS, Mr. Sally did not file an amended complaint by October 9, so on October 20, 2025, the Court entered an Order requiring Mr. Sally to file an amended complaint no later than October 31, 2025 (10/20/25 Order, ECF No. 27); and

WHEREAS, Mr. Sally did not file an amended complaint by October 31, 2025; and

WHEREAS, the Court has become aware that Mr. Sally was transferred to, and is currently incarcerated at, the Ulster Correctional Facility; and

WHEREAS, Mr. Sally is reminded that it is his duty to maintain an accurate address with the Court, as "all parties must keep the court apprised of any new contact information." (Standing Order, ECF No. 4); and

WHEREAS, the Court has updated the ECF docket to reflect that Plaintiff is now being held at Ulster Correctional Facility.

NOW, THEREFORE, it is hereby ORDERED the City shall promptly transmit a copy of this Order to the Ulster Correctional Facility so that the Facility can comply with this Order, as set forth below, and the City shall, no later than November 10, 2025, file a letter to the ECF docket confirming that the Order has been so transmitted.

IT IS FURTHER ORDERED that the official in charge of the Ulster Correctional Facility or his/her designee produce Mr. Sally on Monday, November 24, 2025 at 11:00 a.m. ET, to a suitable location within the Facility that is equipped with a telephone, for the purpose of participating in a conference with the Court and the City's counsel. At the scheduled time, the Facility shall call (855) 244-8681 and enter access code 2319 449 5090 so that Plaintiff can participate in the call. If the scheduled date and time presents a hardship, the official in charge or his/her designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

**SO ORDERED.**

Dated: New York, New York
November 7, 2025

_____
STEWART D. AARON
United States Magistrate Judge

3