

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JONATHAN G. KLOBUS**
*Assistant Corporation Counsel*
Phone: (212) 356-2660
Fax: (212) 356-3509
jklobus@law.nyc.gov

November 21, 2025

**BY ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    <u>Raymond E. Sally v. Captain Pamela A. Jeronimo, et. al.,</u>
                25 Civ. 00294 (JHR) (SDA)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendant Captain Pamela Jeronimo in the above-referenced matter. The undersigned respectfully writes to request an adjournment of the conference currently scheduled for November 24, 2025 at 11 a.m. to either Tuesday, December 16, 2025 at 10 a.m., or Friday, December 19, 2025 at 10 a.m.. <u>See</u> ECF No. 28. This is the second request of this kind. The undersigned was unable to contact plaintiff *pro se* Raymond E. Sally for his consent prior to the filing of this letter due to his current incarceration status. The undersigned apologizes for not writing the Court at least 72 hours in advance of the proceeding to be adjourned as required by Your Honor's Individual Rules of Practice, but the undersigned was only recently made aware of plaintiff Sally's updated facility status.

      By way of relevant background, on September 17, 2025, this Office filed a letter to update the Court concerning the identification of the arresting officers involved in the September 2024 incidents that led to plaintiff Sally's arrest. <u>See</u> ECF No. 24. On September 18, 2025, the Court ordered plaintiff Sally to file an Amended Complaint no later than October 9, 2025. <u>See</u> ECF No. 25. On October 20, 2025, the Court again ordered plaintiff Sally to file an Amended Complaint no later than October 31, 2025, stating that failure to do so may result in the dismissal of this case for failure to prosecute. <u>See</u> ECF No. 27. On November 7, 2025, the Court ordered that the official in charge of the Ulster County Correctional Facility produce plaintiff Sally on November 24, 2025 at 11:00am to a suitable location within the facility that is equipped with a telephone for the purpose of participating in conference with the Court and the City's counsel and further ordered the City to transmit this Order to the Ulster County Correctional Facility so that

the Facility can comply with this Order no later than November 10, 2025, and that the City shall file a letter to the ECF docket confirming that the Order has been transmitted. See ECF No 28. On November 10, 2025, the City filed an affidavit of service of the Court's November 7, 2025, Order being served on Ulster County Correctional Facility on November 10, 2025. See ECF No. 29.

The reason for the adjournment request is because on November 20, 2025, the undersigned was notified by the Ulster Correctional Facility that plaintiff Sally is currently in transit to another facility and that there is no ability to complete a legal call with him at Ulster Correctional Facility. Upon information and belief, and according to the New York State Incarcerated Lookup website ("nysdoccslookup"), plaintiff Sally has been transported to the Elmira Correctional Facility. Pursuant to Your Honor's Individual Rules of Practice, the undersigned has scheduled two dates for a telephonic conference with plaintiff Sally at Elmira Correctional Facility. For the foregoing reason, the undersigned respectfully requests that the Court adjourn the conference currently scheduled for November 24, 2025 at 11 a.m. to either Tuesday, December 16, 2025 at 10 a.m., or Friday, December 19, 2025 at 10 a.m.

Thank you for your time and consideration herein.

Respectfully submitted,

/s/ *Jonathan G. Klobus*

Jonathan G. Klobus
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   **BY FIRST-CLASS MAIL**[1]
Raymond E. Sally
*Plaintiff pro se*
DIN: 25R-3538
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902-0500

Defendant's request to adjourn the November 24, 2025 telephone conference is GRANTED. The parties are directed to appear for a telephone conference call on Friday, December 19, 2025 at 10 a.m. The City is directed to: (1) serve upon Plaintiff a copy of this Order; (2) contact the Elmira Correctional Center to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (855) 244-8681 and enter access code 2319 449 5090 with Plaintiff on the line. SO ORDERED.
Dated: 11/21/2025

---

[1] Upon information and belief, this is the correct mailing address for plaintiff Sally at Elmira Correctional Facility.